889 A.2d 1055

IN THE MATTER OF EDWIN R. JONAS,
III, AN ATTORNEY AT LAW.

January 24, 2006.

ORDER

The Disciplinary Review Board having filed with the Court on September 2, 2005, its decision in DRB 05–170, concluding that **EDWIN R. JONAS, III,** of **HADDONFIELD,** who was admitted to the bar of this State in 1975, should be suspended from the practice of law for a period of six months for violating *RPC* 3.5(c) (conduct intended to disrupt a tribunal), and *RPC* 8.4(d) (conduct prejudicial to the administration of justice);

And this Court having administratively revoked the license of **EDWIN R. JONAS, III,** to practice law in this State effective September 26, 2005, pursuant to *Rule* 1:28–2(c);

And good cause appearing;

It is ORDERED that **EDWIN R. JONAS, III,** is suspended from the practice of law for a period of six months and until the further Order of the Court, effective September 2, 2005; and it is further

ORDERED that this suspension has no effect on the September 26, 2005, administrative revocation of respondent's license to practice law in this State; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.